MICHAEL BAILEY
United States Attorney
District of Arizona

LISA M. HEMANN
Assistant United States Attorney
Arizona State Bar No. 024703
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ 85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7693
Lisa.Hemann@usdoj.gov

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Joshua R. Ortega, Suzanne C. Beattie, and Ralph I. Ortega,<br><br>Plaintiffs,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | CV-19-08110-PCT-JAT<br><br>**INDEX OF EXHIBITS TO DEFENDANT'S STATEMENT OF FACTS** |

| EXHIBIT | EXHIBIT DESCRIPTION |
|---|---|
| A. | Excerpts from the deposition of Joshua Ortega |
| B. | Excerpts from the deposition of Kim Fragua |
| C. | Excerpts from the deposition of Garrett Manygoats |
| D. | Excerpts from the deposition of Vernon Nelson |
| E. | Excerpts from the deposition of Tonia Greyeyes |
| F. | Excerpts from the deposition of Emmett Yazzie |
| G. | HYNES0001-17 (Initial Expert Report of Dr. Hynes) |
| H. | Excerpts from the deposition of Jeffeory Hynes, Ed.D. |

| | | |
|---|---|---|
| | I. | US-ORTEGA-000044-46 (NDPS General Order 79-23) |
| | J. | Excerpts from the deposition of Kenneth Wallentine |
| | K. | ZAMB0120-122 (Rebuttal Report of Dr. Zabramski) |
| | L. | ZAMB0001-2 (Initial Expert Report of Joseph Zabramski) |
| | M. | Excerpts from the deposition of Joseph Zabramksi |
| | N. | US-ORTEGA-000020 (Kayenta Monument Valley Inn User Activity Log) |
| | O. | US-ORTEGA-000022 (Kayenta Monument Valley Inn registration form) |
| | P. | US-ORTEGA-000025-000030 (Kayenta Incident Report - Nov. 23) |
| | Q. | US-ORTEGA-000012-000019 (Kayenta Incident Report - Nov. 24) |
| | R. | Plaintiff's 9th Supplemental Mandatory Initial Discovery Responses |
| | S. | US-WALLENTINE-0001-22 (Expert Report of Ken Wallentine) |
| | T. | US-POWERS00001-30 (Expert Report of Dr. Michael Powers) |