**BURCH & CRACCHIOLO, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 1700
PHOENIX, AZ 85004
TELEPHONE 602.274.7611

John D. Curtis II, SBA #019726
jcurtis@bcattorneys.com
Matthew J. Skelly, SBA #033407

*Attorneys for Joshua Ortega*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua R. Ortega, individually and on behalf of statutory wrongful death beneficiaries,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | Case No. 19-cv-08110-JAT<br><br>**INDEX OF EXHIBITS TO PLAINTIFF'S CONTROVERTING STATEMENT OF FACTS**<br><br>**&**<br><br>**SEPARATE STATEMENT OF FACTS** |

| EXHIBIT | EXHIBIT DESCRIPTION |
|---|---|
| 1 | Autopsy Report |
| 2 | Excerpts from the Deposition of Joshua Ortega |
| 3 | Declaration of Joshua Ortega |
| 4 | Navajo Department of Public Safety Property Report |
| 5 | Excerpts from the Deposition of Lt. Kim Fragua |
| 6 | Excerpts from the Deposition of Officer Garrett Manygoats |
| 7 | Excerpts from the Deposition of Sgt. Vernon Nelson |
| 8 | Excerpts from the Deposition of Jeffeory Hynes, Ed.D. |
| 9 | Excerpts from the Deposition of Emmett Yazzie |
| 10 | Excerpts from the Deposition of Tonia Greyeyes |
| 11 | Excerpts from the Deposition of Joseph Zabramski, M.D. |

| 12 | Excerpts from the Deposition of J. Michael Powers, M.D. |
| 13 | Check-In Video (Video cannot be e-filed. Thumb drive hand-delivered to Judge Teilborg) |