1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona

3  LISA M. HEMANN
   Assistant United States Attorney
4  Arizona State Bar No. 024703
   Two Renaissance Square
5  40 North Central Avenue, Suite 1800
   Phoenix, AZ  85004-4449
6  Telephone: (602) 514-7500
   Fax:  (602) 514-7693
7  Lisa.Hemann@usdoj.gov

8  *Attorneys for United States of America*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua R. Ortega, Suzanne C. Beattie, and Ralph I. Ortega,<br><br>Plaintiffs,<br><br>v.<br><br>The United States of America<br><br>Defendant. | **CV-19-08110-PCT-JAT**<br><br>**NOTICE OF SETTLEMENT** |

Defendant United States of America, through counsel, respectfully notifies this Court that the parties have reached a settlement in this matter. The parties will file a stipulation to dismiss upon finalizing the terms of settlement.

Respectfully submitted this 14th day of January, 2021.

                              MICHAEL BAILEY
                              United States Attorney
                              District of Arizona

                              *s/Lisa M. Hemann*
                              LISA M. HEMANN
                              Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John D. Curtis II
Matthew J. Skelly
BURCH & CRACCHIOLO, P.A.
702 E. Osborn Road, Suite 200
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

*s/ Lisa Hemann*
United States Attorney's Office