MICHAEL BAILEY
United States Attorney
District of Arizona

LISA M. HEMANN
Assistant United States Attorney
Arizona State Bar No. 024703
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ 85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7693
Lisa.Hemann@usdoj.gov

*Attorneys for United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Joshua R. Ortega, Suzanne C. Beattie, and Ralph I. Ortega,<br><br>Plaintiffs,<br><br>v.<br><br>The United States of America<br><br>Defendant. | **CV-19-08110-PCT-JAT**<br><br>**STIPULATION TO DISMISS** |

The parties, through counsel, having reached a settlement of all claims in this matter, hereby stipulate that this case should be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 18th day of February, 2021.


BURCH & CRACCHIOLO, P.A.                MICHAEL BAILEY
                                        United States Attorney
                                        District of Arizona


*s/ John D. Curtis II (with permission)*    *s/ Lisa M. Hemann*_____
JOHN D. CURTIS II                        LISA M. HEMANN
MATTHEW J. SKELLY                        *Assistant United States Attorney*
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John D. Curtis II
Matthew J. Skelly
BURCH & CRACCHIOLO, P.A.
702 E. Osborn Road, Suite 200
Phoenix, AZ 85014
*Attorneys for Plaintiffs*


*s/ Lisa Hemann*
United States Attorney's Office